

# NUMBER 13-21-00200-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE TARUNKUMAR "RAVI" MURJANI

### On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Tijerina**
**Order Per Curiam**

On June 24, 2021, relator Tarunkumar "Ravi" Murjani filed a petition for writ of mandamus and a motion for emergency temporary relief in the above-referenced cause. Through this original proceeding, relator seeks to compel the trial court to vacate its November 11, 2020 "Order Partially Granting Independent Executor's Amended Motion for Information and Accounting," which was issued in trial court cause number P-36,766 in the Probate Court of Hidalgo County, Texas. Relator asserts that the trial court abused its discretion and acted without plenary power and the requisite jurisdiction when (1) it

issued a discovery order compelling relator's "extensive" production of documents; (2) the discovery order was inconsistent with a final agreed order, which rendered the documents sought irrelevant; and (3) the "document production served no other purpose but to facilitate one party's improper and untimely efforts to contest the relief afforded through the final agreed order." By motion for emergency temporary relief, relator seeks to stay enforcement of this order. Real parties in interest Raju Murjani, individually, and Sunder Murjani, individually and as independent executor of the estate of Lal Rewachand Murjani, deceased, have filed a "Joint Response to Motions for Temporary Relief" through which they oppose relator's request for temporary relief in this proceeding and in the companion case filed separately in our appellate cause number 13-21-00201-CV.

The Court, having examined and fully considered the motion for emergency temporary relief and the joint response thereto, is of the opinion that the motion for emergency temporary relief should be granted. Accordingly, we grant the relator's motion for emergency temporary relief, and we order the trial court's "Order Partially Granting Independent Executor's Amended Motion for Information and Accounting" to be stayed pending resolution of this original proceeding. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Tanuja Moorjani and Anjali Murjani, and Sunder Murjani, or any others whose interest would be directly affected by the relief sought, including Raju Murjani and Sunder Murjani in his capacity as independent executor of the estate of Lal Rewachand Murjani, deceased, file a response

2

to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
25th day of June, 2021.